UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
NORMA DEL FRANCO,

                    Plaintiff,

-against-

NEW YORK CITY OFF-TRACK BETTING
CORPORATION,

                    Defendant.
---------------------------------------------------------------X

JUDGMENT
02-CV-3064 (JMA)

    A Memorandum and Order of Honorable Joan M. Azrack, United States Magistrate Judge, having been filed on April 28, 2006, granting defendant's motion for summary judgment; and dismissing plaintiff's claims; it is

    ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that judgment is hereby entered granting defendant's motion for summary judgment; and that plaintiff's claims are dismissed.

Dated: Brooklyn, New York
        May 01, 2006

                                              ROBERT C. HEINEMANN
                                              Clerk of Court